609 So.2d 175 (1992)
Paul R. COOK, Appellant,
v.
STATE of Florida, Appellee.
No. 92-54.
District Court of Appeal of Florida, First District.
December 16, 1992.
Nancy A. Daniels, Public Defender, and Glenna Joyce Reeves, Asst. Public Defender, Tallahassee, for appellant.
Robert A. Butterworth, Atty. Gen., and Wendy S. Morris, Asst. Atty. Gen., Tallahassee, for appellee.
PER CURIAM.
AFFIRMED. State v. Tripp, 591 So.2d 1055 (Fla. 2d DCA 1991), rev. pending, Case No. 79,176 (Fla.); State v. Rogers, 540 So.2d 872 (Fla. 4th DCA 1989); Ford v. State, 572 So.2d 946 (Fla. 5th DCA 1990).
BOOTH, BARFIELD and MINER, JJ., concur.